IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:04-cr-13-1BO

UNITED STATES OF AMERICA :
:
v. :
:
SEAN HORATIO PINTARD :

## ORDER AND JUDGMENT OF FORFEITURE

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendant pursuant to 18 U.S.C. § 982 and Title 21, United States Code, Section 853 as proceeds of the unlawful activity of the defendant as charged in the Criminal Indictment.

The defendant pled guilty and agreed to forfeit the property listed in the Criminal Indictment.

By virtue of the defendant's guilty plea, the United States is now entitled to the defendant's interest in $3,000,000.00 currency, pursuant to 21 U.S.C. § 853(a), as allowed by Fed. R. Crim. P. 32.2(b)(3).

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Based upon the defendant's guilty plea, the above-listed $3,000,000.00 currency is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of

1

Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendant but not in the possession of or its whereabouts known to the Government, JUDGMENT is hereby entered against the defendant for the amount forfeitable by that defendant, specifically, $3,000,000.00 currency.

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

SO ORDERED.

This 27 day of June, 2012.

TERRENCE W. BOYLE
United States District Judge